United States District Court

For The District of Hawaii

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>MAL YE KIM, individually and d/b/a MARTINI ZOO <br><br>Defendant. | CIVIL NO. 12-00228 JMS-BMK <br><br>FINDINGS AND RECOMMENDATION TO GRANT DEFAULT JUDGMENT <br><br>Hrg date: 9/04/2012 <br>  Time: 10:30 a.m. <br>  Judge: Barry M. Kurren <br><br>Trial Date: Not Assigned |

**FINDINGS AND RECOMMENDATION TO GRANT
DEFAULT JUDGMENT**

On September 4, 2012, this Court heard Plaintiff's Motion for Default Judgment, filed July 27, 2012. Dan S. Ikehara, Esq., appeared by telephone on behalf of Plaintiff J & J Sports Production, Inc. No other appearances were made. The Court, having reviewed and considered the Motion, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Default Judgment, oral argument presented by counsel, and the record herein, and being fully advised in the premises and for good cause appearing, finds and recommends as follows:

1. The Clerk's Entry of Default against Defendant Mal Ye Kim, individually and d/b/a Martini Zoo was entered on June 25, 2012.

2. There was no appearance, no objection and no opposition by Defendant to Plaintiff's Motion for Default Judgment against Defendant Mal Ye Kim, individually and d/b/a Martini Zoo.

3. Based upon Plaintiff's exhibits, affidavits, declaration and memorandum, the Court awards to Plaintiff **$10,000.00** in statutory damages, and **$10,000.00** in enhanced damages pursuant to 47 U.S.C. Section 605(e)(3)(c).

4. The Court also awards to Plaintiff, attorney's fees and costs in the amount of fees of $1,986.25, GET of $89.38 and costs of $406.20, for a total fees and costs of **$2,481.83,** pursuant to 47 U.S.C. Section 605(e)(3)(B)(iii).

In accordance with the foregoing, this Court FINDS and RECOMMENDS that Plaintiff's Motion for Default Judgment be GRANTED, and awards statutory damages of $20,000.00, and attorney's fees and costs of $2,481.83, for a total of **$22,481.83**, and Default Judgment shall so enter against Defendant Mal Ye Kim, individually and d/b/a Martini Zoo.

DATED: September 7, 2012

IT IS SO FOUND AND RECOMMENDED.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge