IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| J & J SPORTS PRODUCTIONS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 12-00228 JMS/BMK |
|---|---|---|
| Plaintiff, | | |
| vs. | | |
| MAL YE KIM, individually and d/b/a MARTINI ZOO, | | |
| Defendant. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 07, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant Default Judgment" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 27, 2012.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge